# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

In re Medtronic, Inc. Sprint Fidelis
Leads Products Liability Litigation

Multidistrict Litigation
No. 08-1905 (RHK/JSM)
**ORDER**

This document relates to:

Alexander v. Hawkins, *et al.*, Civ. No. 10-3373

---

Plaintiff's Motion for Leave to File Motion to Remand (Doc. No. 30) and Motion to Remand (Doc. No. 31) are **DENIED**.

Dated: August 30, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge