# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

In re Medtronic, Inc. Sprint Fidelis
Leads Products Liability Litigation

Multidistrict Litigation
No. 08-1905 (RHK/JSM)
**ORDER**

This document relates to:

Alexander v. Hawkins, *et al.*, Civ. No. 10-3373

---

     Plaintiff's Motion to Remand (Doc. No. 37) and Request for a Court Ordered Conference (Doc. No. 40) are **DENIED**.

     The Court also notes that Plaintiff has served Interrogatories on Defendant Daniel Rothery (Doc. No. 38). The Court reminds Plaintiff that this action remains stayed pending further Order of the Court. Accordingly, **IT IS ORDERED** that Rothery need not respond to Plaintiff's Interrogatories. **<u>Plaintiff shall not serve further discovery requests in this action without first obtaining leave of Court.</u>**

Dated: January 4, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge