## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation | Multidistrict Litigation No. 08-1905 (RHK/JSM) **ORDER** |
| This document relates to: | |
| Alexander v. Medtronic, Inc., Civ. No. 10-3373 | |

Lead counsel for Plaintiffs and Defendants having filed their responses to the Motion of Donald Alexander to lift the stay in this action, **IT IS ORDERED** that Alexander may serve and file a reply in support of his Motion on or before March 7, 2011.

Dated: February 14, 2011

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge