# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

In re Medtronic, Inc. Sprint Fidelis
Leads Products Liability Litigation

Multidistrict Litigation
No. 08-1905 (RHK/JSM)
**ORDER**

This document relates to:

Alexander v. Medtronic, Inc., Civ. No. 10-3373

---

     Plaintiff having moved (Doc. No. 63) pursuant to Federal Rule of Civil Procedure 60(b) for relief from the Judgment entered in this action, **IT IS ORDERED** that (1) lead counsel for Plaintiffs and Defendant shall separately file responses addressing Plaintiff's Motion on or before November 2, 2011 and (2) Plaintiff may file a reply in support of his Motion on or before November 16, 2011.

Dated: October 19, 2011

s/Richard H. Kyle\
RICHARD H. KYLE\
United States District Judge